UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven Pelletier

    v.                                    Civil No. 05-fp-417

N.H. State Prison, Warden

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-417-SM.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 28, 2005

cc:   Steven Pelletier, *pro se*