UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven Pelletier

       v.                              05-cv-417-SM

NH State Prison, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 13, 2006, for the reasons set forth therein, no objection having been filed.

Petitioner has demonstrated exhaustion for claims 1b, 1c, 2a, 2b, 3, 4, 5, 6a and 6b. Petitioner has waived claims 1a and 7, and those claims are hereby dismissed. The case will continue to be stayed pending exhaustion of claim 8. Petitioner will continue to file status reports as to that claim every 90 days from the date of this order.

SO ORDERED.

June 13, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:    Steven Pelletier, pro se

Case 1:05-cv-00417-SM   Document 11   Filed 06/13/06   Page 2 of 2